# EXHIBIT B

# US 8,099,368 B2 Claim chart
## vs
## FiServ

The following claim chart **does not** include, rely or refer to Google Pay, Samsung Payor Apple Pay, for infringement.

# U.S. Patent No. US 8,099,368



Claims priority from a provisional application:  11/08/2008

Total patent Term Adjustments 0

# US **8,099,368** : Claim 1

A method for processing financial transaction data in a server including a processor and an associated storage area, the method comprising:

receiving from a requester an authorization request generated as a result of a transaction at a point of purchase, wherein the authorization request includes a purchaser identifier, a transaction amount, and information identifying the point of purchase;

authenticating the authorization request;

retrieving customer information associated with the purchaser identifier from the storage area, the customer information including data defining multiple payment instruments and an address associated with a mobile device of the customer;

generating a transaction indication message for transmittal to the mobile device of the customer, the transaction indication message including information about the transaction and specifying a response that allows a selection of a payment instrument from at least two of the multiple payment instruments associated with the customer;

transmitting the transaction indication message to the mobile device using the mobile device address;

receiving a customer confirmation message from the mobile device in response to the transaction indication message, wherein the customer confirmation message includes a selected payment instrument;

obtaining customer account information from an issuing institution, wherein the customer account information includes information associated with the selected payment instrument from the multiple payment instruments associated with the customer, the customer account information including a first part encrypted according to a first encryption method and a second part encrypted according to a second encryption method, the first encryption method and the second encryption method selected such that the server is capable of decrypting the first part and is not capable of decrypting the second part; and

providing the customer account information to the requester in response to determining that the customer confirmation message indicates that the transaction is authorized by the customer.

# US **8,099,368** : Claim 21

A method for processing financial transaction data in a server including a processor and a memory, the method comprising:

by the processor, receiving an initial authorization request to receive credit for purposes of a transaction, wherein the initial authorization request includes transaction information and a customer identifier,

retrieving customer information from the memory based on the customer identifier, wherein the customer information includes payment instrument information defining multiple payment instruments and customer device information specifying a contact address associated with a customer device;

sending a transaction notification to the contact address associated with the customer device, wherein the transaction notification includes data from the transaction information and information that allows a consumer to select a payment instrument from at least two of the multiple payment instruments associated with the customer,

receiving a confirmation message from the customer device, wherein the confirmation message includes a selection of an individual payment instrument from the multiple payment instruments, and

generating an information request to receive account information for a payment instrument based on the initial authorization request, the customer information, and the selected individual payment instrument;

sending the information request to an issuer,

receiving account information from the issuer, the account information including a first part encrypted according to a first encryption method and a second part encrypted according to a second encryption method, the first encryption method and the second encryption method selected such that the server is capable of decrypting the first part and is not capable of decrypting the second part;

and

providing the account information to a requester.

4

# US **8,099,368** : Claim 1

| | |
|---|---|
| 1. **A method for processing financial transaction data in a server including a processor and an associated storage area,** the method comprising: | Fiserv **processes financial transaction data to administer the authorization request processing stream in programmatic payments and many other services. A processor and a storage area are required to perform these methods.** |



https://www.carat.fiserv.com/en-us/solutions/reporting-and-analytics/



http://web.archive.org/web/20220000000000*/https://www.carat.fiserv.com/en-us/solutions/reporting-and-analytics/

5

# US **8,099,368** : Claim 1

**receiving from a requester an authorization request generated as a result of a transaction at a point of purchase, wherein the authorization request includes a purchaser identifier, a transaction amount, and information identifying the point of purchase**;

Fiserv receives the authorization request message (ISO-8583) at its intermediary, which Fiserv calls the Fintech switch. The AUTH request includes track 1 & 2 data which defines both the transaction and customer information.



https://www.fiserv.com/en/about-fiserv/the-point/understanding-programmable-payments.html

6

# US **8,099,368** : Claim 1

| **authenticating the authorization request;** | The **customer confirms a selected payment method via a received confirmation message from the customer.** |
|---|---|



## https://merchants.fiserv.com/india/resources-support/



https://web.archive.org/web/20230000000000*/https://merchants.fiserv.com/india/resources-support/

# US **8,099,368** : Claim 1

**retrieving customer information associated with the purchaser identifier from the storage area, the customer information including data defining multiple payment instruments and an address associated with a mobile device of the customer;**

**FiServ fintech switch receives an authorization request, which identifies the customer / purchaser identifier. Fiserv then finds account including each payment method and contact information to reach the accounts assigned mobile device**



https://cld-stage-carat.fiserv.com/en-us/

# US **8,099,368** : Claim 1

generating a transaction indication message for transmittal to the mobile device of the customer, the transaction indication message including information about the transaction and specifying a response that allows a selection of a payment instrument from at least two of the multiple payment instruments associated with the customer;

Fiserv developer studio gives the ability to look up account information and access customer information – including customer payment method details.



https://developer.fiserv.com/product/IPGNA/api/?type=post&path=/card-information&branch=main&version=1.0.0

# US **8,099,368** : Claim 1

**transmitting the transaction indication message** to the mobile device using the mobile device address;

A transaction request is sent to the customer notifying customer of transaction. Also, enabling payment method selection



https://www.carat.fiserv.com/en-us/solutions/encryption-and-tokenization/

# US **8,099,368** : Claim 1

**receiving a customer confirmation message from the mobile device in response to the transaction indication message, wherein the customer confirmation message includes a selected payment instrument;**

The **customer confirms a selected payment method via a received confirmation message from the customer.**



https://merchants.fiserv.com/india/resources-support/



https://web.archive.org/web/20230000000000*/https://merchants.fiserv.com/india/resources-support/

11

# US **8,099,368** : Claim 1

obtaining customer account information from an issuing institution, wherein the customer account information includes information associated with the selected payment instrument from the multiple payment instruments associated with the customer, the customer account information including a first part encrypted according to a first encryption method and and a second part encrypted according to a second encryption method, the first encryption method and the second encryption method selected such that the server is capable of decrypting the first part and is not capable of decrypting the second part; and

Fiserv encrypts data and enables cardholder data to be decrypted depending who is authorized and owns the keys.



# US **8,099,368** : Claim 1

**providing the customer account information to the requester in response to determining that the customer confirmation message indicates that the transaction is authorized by the customer.**

The Fiserv fintech switch (intermediary) sends the data to and from the various accounts that request payments.



https://www.fiserv.com/en/about-fiserv/the-point/understanding-programmable-payments.html

13

# US **8,099,368** : Claim 21

| | |
|---|---|
| **A method for processing financial transaction data in a server including a processor and a memory, the method comprising:** | Fiserv **processes financial transaction data to administer the authorization request processing stream in programmatic payments and many other services. A processor and a storage area are required to perform these methods.** |



https://www.carat.fiserv.com/en-us/solutions/reporting-and-analytics/



http://web.archive.org/web/20220000000000*/https://www.carat.fiserv.com/en-us/solutions/reporting-and-analytics/

# US **8,099,368** : Claim 21

by the processor, receiving an initial authorization request to receive credit for purposes of a transaction, wherein the initial authorization request includes transaction information and a customer identifier,

Fiserv receives the authorization request message (ISO-8583) at its intermediary,  which Fiserv calls the Fintech switch. The AUTH request includes track 1 & 2 data which defines both the transaction and customer information.



https://www.fiserv.com/en/about-fiserv/the-point/understanding-programmable-payments.html

# US **8,099,368** : Claim 21

retrieving customer information from the memory based on the customer identifier, wherein the customer information includes payment instrument information defining multiple payment instruments and customer device information specifying a contact address associated with a customer device;

**FiServ fintech switch receives an authorization request, which identifies the customer / purchaser identifier. Fiserv then finds account including each payment method and contact information to reach the accounts assigned mobile device**



https://cld-stage-carat.fiserv.com/en-us/

# US **8,099,368** : Claim 21

sending a transaction notification to the contact address associated with the customer device, wherein the transaction notification includes data from the transaction information and information that allows a consumer to select a payment instrument from at least two of the multiple payment instruments associated with the customer,

A transaction request is sent to the customer notifying customer of transaction. Also, enabling payment method selection



https://www.carat.fiserv.com/en-us/solutions/encryption-and-tokenization/

# US **8,099,368** : Claim 21

receiving a confirmation message from the customer device, wherein the confirmation message includes a selection of an individual payment instrument from the multiple payment instruments, and

The **customer confirms a selected payment method via a received confirmation message from the customer.**



https://merchants.fiserv.com/india/resources-support/



https://web.archive.org/web/20230000000000*/https://merchants.fiserv.com/india/resources-support/

# US **8,099,368** : Claim 21

generating an information request to receive account information for a payment instrument based on the initial authorization request, the customer information, and the selected individual payment instrument;

Fiserv developer studio gives the ability to look up account information and access customer information – including customer payment method details.



https://developer.fiserv.com/product/IPGNA/api/?type=post&path=/card-information&branch=main&version=1.0.0

# US **8,099,368** : Claim 21

sending the information request to an issuer,

the information request is sent to the card issuer / bank to receive specific requested information,



https://developer.fiserv.com/product/Exchange/docs/?path=docs/getting-started/information-retrieval.md

# US **8,099,368** : Claim 21

receiving account information from the issuer, the account information including a first part encrypted according to a first encryption method and a second part encrypted according to a second encryption method, the first encryption method and the second encryption method selected such that the server is capable of decrypting the first part and is not capable of decrypting the second part; and

Fiserv encrypts data and enables cardholder data to be decrypted depending who is authorized and owns the keys.



https://www.carat.fiserv.com/en-us/solutions/encryption-and-tokenization/

# US **8,099,368** : Claim 21

providing the account information to a requester.

The Fiserv fintech switch (intermediary) sends the data to and from the various accounts that request payments.



https://www.fiserv.com/en/about-fiserv/the-point/understanding-programmable-payments.html