**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUTHWALLET, LLC,** *Plaintiff,* | § | |
| **v.** | § | **MO:24-CV-00063-DC** |
| **FISERV, INC.,** *Defendant.* | § | |

**ORDER**

Before the Court is United States Magistrate Judge Derek T. Gilliland's Report and Recommendation (Doc. 110) concerning Defendant Fiserv, Inc.'s Counterclaim and Third-Party Complaint for Declaratory Judgment (Doc. 30), Third-Party Defendant Todd Russell Coulter's Motion to Dismiss Third-Party Complaint (Doc. 34), and AuthWallet, LLC's Counterclaim Against Third-Party Defendant Todd Russell Coulter (Doc. 40), as well as several other pending, relevant motions (Docs. 34, 36, 38, 41, 43, 45, 46, 48, 49, 60, 64, 66, 78, 81, 91, 93, 94, 99).

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). No objection having been filed, the Court's review is straightforward: clear error.

Finding none, the Court **ADOPTS** the R&R and **ORDERS** as follows: Defendant Fiserv, Inc.'s Counterclaim against Plaintiff AuthWallet, LLC (Doc. 30) is **STRICKEN** as untimely; Defendant Fiserv, Inc.'s Third-Party Complaint against Third-Party Defendant Todd Coulter (Doc. 30) is **DISMISSED WITHOUT PREJUDICE**; Plaintiff AuthWallet, LLC's Counterclaim against Third-Party Defendant Todd Coulter (Doc. 40) is **DISMISSED WITHOUT PREJUDICE**; and Third-Party Defendant Todd Coulter's Counterclaim and Cross-Claim (Doc. 34) is **DISMISSED WITHOUT PREJUDICE**. All pending motions (Docs. 34, 36, 38, 41, 43, 45, 46, 48, 49, 60, 64, 66, 78, 81, 91, 93, 94, 99) are **DENIED AS MOOT**.

All claims and parties having been disposed of, a final judgment shall issue separately.

It is so **ORDERED**.

SIGNED this 24th day of August, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE